In the Matter of the Application of LEHIGH VALLEY
RAILROAD COMPANY, Appellant, for a Writ of Certiorari
to WILLIAM SOHMER, as Comptroller of the State of
New York, Respondent.

*Matter of Lehigh Valley R. R. Co.* v. *Sohmer*, 174 App. Div. 732,
affirmed.

(Argued March 1, 1917; decided March 27, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 27, 1916, which affirmed an order of Special
Term denying a motion for a writ of certiorari to review
the determination of the defendant refusing to revise or
readjust a corporate franchise tax assessed against the
relator for the years 1905–1911. The application for this
writ was made in the usual form but was opposed by the
comptroller at Special Term in an answering affidavit on
the ground that the relator had not paid the amount of
the taxes in dispute to the state treasurer, as required by
section 200 of the Tax Law, prior to making application
for the writ. The relator's position is that these taxes
have in fact been fully paid by it, and this is also the
ground on which it seeks to review the action of the
comptroller. This position of relator is based upon the
fact that during the years in question it actually paid to
the state $84,651.33 under the guise of taxes illegally
and erroneously assessed by the comptroller under this
same section against the Lehigh and New York Railroad
Company and the Lehigh Valley Railway Company,
lessors of the relator.

*Edward H. Letchworth* for appellant.

*Egburt E. Woodbury,* Attorney-General (*Harold J.
Hinman* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
McLAUGHLIN and ANDREWS, JJ. Not voting: CUDDE-
BACK, J.